UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VIVIAN RIVERA-ZAYAS, as the Proposed Administrator
of the Estate of ANA MARTINEZ, Deceased,

                         *Plaintiff,*

                         -against-

OUR LADY OF CONSOLATION GERIATRIC
CARE CENTER, OUR LADY OF CONSOLATION
GERIATRIC CARE CENTER d/b/a OUR LADY OF
CONSOLATION NURSING AND
REHABILITATIVE CARE CENTER, and OUR
LADY OF CONSOLATION NURSING AND
REHABILITATIVE CARE CENTER,

                         *Defendants.*
------------------------------------------------------------------------X

Docket No.: 20-cv-05153-NGG-SIL

**DECLARATION OF MEGAN A. LAWLESS IN SUPPORT OF MOTION TO DISMISS**

    I, **MEGAN A. LAWLESS**, pursuant to 28 U.S.C. § 1746, declare under penalties of perjury the following:

    1.    I am a member of the law firm of Vigorito, Barker, Patterson, Nichols & Porter, LLP, attorneys for Defendants **OUR LADY OF CONSOLATION GERIATRIC CARE CENTER, OUR LADY OF CONSOLATION GERIATRIC CARE CENTER d/b/a OUR LADY OF CONSOLATION NURSING AND REHABILITATIVE CARE CENTER and OUR LADY OF CONSOLATION NURSING AND REHABILITATIVE CARE CENTER** ("Defendants").

    2.    I am an attorney admitted to practice before the United States District Court for the Eastern District of New York.

    3.    I submit this Declaration, and the exhibits annexed hereto, in support of Defendants' motion to dismiss plaintiff's complaint pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6).

1

4. I certify that the attached exhibits, listed below, are true copies:

   Exhibit A:   Amended Verified Complaint

   Exhibit B:   Notice of Removal

   Exhibit C:   Certified Copy of Our Lady of Consolation Medical Records

   Exhibit D:   Tentative Order: *Gilbert Garcia, et al. v. Welltower OpCo Group LLC, et al.*, 8:20-cv-02250-JVS-KESx (C.D.Cal. Jan. 29, 2021)

   Exhibit E:   August 14, 2020 Letter from United States Department of Health and Human Services

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
       February 5, 2021

Respectfully submitted,
**VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP**

*Megan A. Lawless*

Megan A. Lawless, Esq. (ML 3227)
Dylan Braverman, Esq. (DB 5501)
Charles Faillace, Esq. (CF 4001)
*Attorneys for Defendants*
**OUR LADY OF CONSOLATION GERIATRIC CARE CENTER, OUR LADY OF CONSOLATION GERIATRIC CARE CENTER d/b/a OUR LADY OF CONSOLATION NURSING AND REHABILITATIVE CARE CENTER, and OUR LADY OF CONSOLATION NURSING AND REHABILITATIVE CARE CENTER**
300 Garden City Plaza, Suite 308
Garden City, New York 11530
(516) 282-3355
m.lawless@vbpnplaw.com